JOSEPH P. WILSON (CA Bar No. 228180)
RICHARD G. STACK (CA Bar No. 139302)
**WILSON TAX LAW GROUP, APLC**
18281 Lemon Drive
Yorba Linda, CA  92886
Telephone (949) 397-2292
Facsimile (949) 535-2234
Email: jwilson@wilsontaxlaw.com
         rstack@wilsontaxlaw.com

Attorneys for Petitioner,
WILLIAM A. ZIETZKE


RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

AMY MATCHISON (CA Bar No. 217022)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Email: Amy.T.Matchison@usdoj.gov
         Western.TaxCivil@usdoj.gov
Telephone: (202) 307-6422
Facsimile: (202) 307-0054

DAVID L. ANDERSON
United States Attorney
450 Golden Gate Avenue, 11th Floor
San Francisco, CA  94102

Attorneys for Respondent and Movant,
THE UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| WILLIAM A. ZIETZKE, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) <br> ) | Case No. 4:19-cv-03761-HSG <br><br> **STIPULATION TO FURTHER EXTEND TIME FOR PETITIONER TO RESPOND TO GOVERNMENT'S MOTION FOR SUMMARY DENIAL OF PETITION TO QUASH AND FOR ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS AND TO MODIFY BRIEFING SCHEDULE** |

Stipulation to Further Extend Time for Response to Gov't
Motion for Summary Denial of Petition to Quash ,etc.
Case No. 5:19-cv-03761-HSG                                1

**IT IS HEREBY STIPULATED AND AGREED** by and between Petitioner William A. Zietzke ("Zietzke") and Respondent United States of America ("United States"), through their undersigned counsel, that Zietzke may have a one-week extension of time to respond to the United States' "Motion for Summary Denial of the Petition to Quash and for Enforcement of the Internal Revenue Service Summons" ("Motion") served on Coinbase, Inc. in this case, from October 11, 2019, to October 18, 2019, and that the time for the government to file its Reply, if any, to such Response be extended from October 18, 2019, to November 1, 2019.  In support of this Stipulation, the parties state as follows:

1. On September 13, 2019, the government filed its Motion (Doc. 10).

2. Under the current briefing schedule, Zietzke's Response in opposition to the Motion is due on October 11, 2019, and the government's reply to such Response is due on October 18, 2019. This is the parties' second request for an extension of the briefing schedule in this case.  Pursuant to the Order filed on September 30, 2019, this Court extended the briefing schedule by two weeks.

3. Zietzke requires a short extension of time to file his Response for two reasons.  *First*, on Thursday, October 3, 2019, Zietzke's counsel Richard G. Stack and his new firm, Wilson Tax Law Group, was retained by a client (Adam Pacheco) of his former law firm (Brager Tax Law Group) to represent him in a Federal Indictment filed in Las Vegas on October 1, 2019, for wire fraud, money laundering, currency structuring, and conspiracy to commit those alleged offenses, in the action titled *United States v. Adam Pacheco and Harolyn Landau*, Case No. 2:19-cr-00248-KJD-DJA (D.Nev.). On the afternoon of Friday, October 4, 2019, the lead prosecutor in that action informed Mr. Stack that an Arrest Warrant had been issued for Mr. Pacheco and that Pacheco had until only 10:00 a.m. on Monday, October 7, 2019, to self-surrender to the U.S. Marshal's Office in Las Vegas.  Accordingly, Mr. Stack was required to make arrangements to travel to Las Vegas on October 6, 2019, and he handled the self-surrender and the late-afternoon initial appearance of Mr. Pacheco in Nevada District Court on October 7, 2019.  Thereafter, Mr. Stack was required to

Stipulation to Further Extend Time for Response to Gov't
Motion for Summary Denial of Petition to Quash ,etc.
Case No. 5:19-cv-03761-HSG                    2

1  expend considerable time working on the Pacheco case, including familiarizing himself with the

2  facts of that case (as the investigation had gone dormant after February 2019, while Mr. Stack was

3  still at Brager Tax Law Group), and seeking to obtain local counsel for Mr. Pacheco, as required by

4  the Local Rules of the District Court of Nevada.  Consequently, Mr. Stack was unable to devote his

5  efforts toward completing the Response filed in this case while he was in Las Vegas and/or worked

6  on the Pacheco case earlier this week.  *Second*, it has taken Petitioner's counsel longer than

7  anticipated to complete the Opposition due to the factual and legal complexity of this case.  To

8  counsel's knowledge, this case (along with a similar case that Zietzke filed against the United

9  States in the Western District of Washington involving a different IRS summons, Case No. 2:19-

10 cv-1234-JCC) is the first fully-contested IRS summons matter involving cryptocurrency records,

11 which Petitioner contends implicates digital privacy issues.

    4.   Accordingly, the parties request that the Court approve this Stipulation and that it

12 extend the dates for the parties to file their briefs in this case, as follows:

       a.   The last day for Zietzke to file his Response in opposition to the government's

            Motion is October 18, 2019.

///

///

///

///

///

///

///

///

///

///

///

Stipulation to Further Extend Time for Response to Gov't
Motion for Summary Denial of Petition to Quash ,etc.
Case No. 5:19-cv-03761-HSG                3

      b. The last day for the government to file its Reply, if any, to the Motion will be November 1, 2019.

Dated: October 11, 2019

Respectfully submitted:

WILSON TAX LAW GROUP, APLC

By:     /RGS/
JOSEPH P. WILSON (CA Bar No. 228180)
RICHARD G. STACK (CA Bar No. 139302)

Attorneys for Petitioner,
WILLIAM A. ZIETZKE

Dated: October 11, 2019

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

    /AM/
AMY MATCHISON (CA Bar No. 217022)
Trial Attorney, Tax Division
U.S. Department of Justice

DAVID L. ANDERSON
United States Attorney
Northern District of California

Attorneys for Respondent and Movant,
THE UNITED STATES OF AMERICA

Stipulation to Further Extend Time for Response to Gov't
Motion for Summary Denial of Petition to Quash ,etc.
Case No. 5:19-cv-03761-HSG    4