JOSEPH P. WILSON (CA Bar No. 228180)
RICHARD G. STACK (CA Bar No. 139302)
**WILSON TAX LAW GROUP, APLC**
18281 Lemon Drive
Yorba Linda, CA 92886
Telephone (949) 397-2292
Facsimile (949) 535-2234
Email: jwilson@wilsontaxlaw.com
       rstack@wilsontaxlaw.com

Attorneys for Petitioner,
WILLIAM A. ZIETZKE


RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

AMY MATCHISON (CA Bar No. 217022)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Email: Amy.T.Matchison@usdoj.gov
       Western.TaxCivil@usdoj.gov
Telephone: (202) 307-6422
Facsimile: (202) 307-0054

DAVID L. ANDERSON
United States Attorney
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102

Attorneys for Respondent and Movant,
THE UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| WILLIAM A. ZIETZKE, ) | Case No. 4:19-cv-03761-HSG |
| ) | |
| Petitioner, ) | **ORDER GRANTING STIPULATION TO FURTHER EXTEND TIME FOR PETITIONER TO RESPOND TO GOVERNMENT'S MOTION FOR SUMMARY DENIAL OF PETITION TO QUASH AND FOR ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS AND TO MODIFY BRIEFING SCHEDULE** |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |
| ) | |

Based upon the Stipulation to Further Extend Time for Petitioner to Respond to Government's Motion for Summary Denial of Petition to Quash and for Enforcement of Internal Revenue Service Summons and to Modify Briefing Schedule ("Stipulation") filed by the parties and for good cause shown, IT IS HEREBY ORDERED as follows:

1. The Stipulation is APPROVED.
2. Accordingly, the briefing schedule as to the Motion is MODIFIED, as follows:
   a. Zietzke's Response in opposition to the Motion is due by October 18, 2019; and
   b. The United States' Reply to such Response is due by November 1, 2019.

**IT IS SO ORDERED**.

Dated this 15th day of October, 2019.

_____
HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE