| | |
|---|---|
| 1 | JOSEPH P. WILSON (CA Bar No. 228180) |
| | RICHARD G. STACK (CA Bar No. 139302) |
| 2 | **WILSON TAX LAW GROUP, APLC** |
| | 18281 Lemon Drive |
| 3 | Yorba Linda, CA 92886 |
| | Telephone (949) 397-2292 |
| 4 | Facsimile (949) 535-2234 |
| | Email: jwilson@wilsontaxlaw.com |
| 5 | rstack@wilsontaxlaw.com |
| 6 | Attorneys for Petitioner, |
| 7 | WILLIAM A. ZIETZKE |
| 8 | |
| 9 | RICHARD E. ZUCKERMAN |
| | Principal Deputy Assistant Attorney General |
| 10 | AMY MATCHISON (CA Bar No. 217022) |
| 11 | Trial Attorney, Tax Division |
| | U.S. Department of Justice |
| 12 | P.O. Box 683, Ben Franklin Station |
| | Washington, D.C. 20044-0683 |
| 13 | Email: Amy.T.Matchison@usdoj.gov |
| | Western.TaxCivil@usdoj.gov |
| 14 | Telephone: (202) 307-6422 |
| 15 | Facsimile: (202) 307-0054 |
| 16 | DAVID L. ANDERSON |
| | United States Attorney |
| 17 | 450 Golden Gate Avenue, 11th Floor |
| | San Francisco, CA 94102 |
| 18 | |
| 19 | Attorneys for Respondent and Movant, |
| | THE UNITED STATES OF AMERICA |

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| WILLIAM A. ZIETZKE, | ) | Case No. 4:19-cv-03761-HSG |
| | ) | |
| Petitioner, | ) | [PROPOSED] ORDER GRANTING |
| | ) | STIPULATION TO FURTHER EXTEND |
| v. | ) | TIME FOR PETITIONER TO RESPOND |
| | ) | TO GOVERNMENT'S MOTION FOR |
| UNITED STATES OF AMERICA, | ) | SUMMARY DENIAL OF PETITION TO |
| | ) | QUASH AND FOR ENFORCEMENT OF |
| Respondent. | ) | INTERNAL REVENUE SERVICE |
| | ) | SUMMONS AND TO MODIFY |
| | ) | BRIEFING SCHEDULE |

Based upon the Stipulation to Further Extend Time for Petitioner to Respond to Government's Motion for Summary Denial of Petition to Quash and for Enforcement of Internal Revenue Service Summons and to Modify Briefing Schedule ("Stipulation") filed by the parties and for good cause shown, IT IS HEREBY ORDERED as follows:

1. The Stipulation is APPROVED.
2. Accordingly, the briefing schedule as to the Motion is MODIFIED, as follows:
   a. Zietzke's Response in Opposition to the Motion is due by November 1, 2019; and
   b. The United States' Reply to such Response is due by November 15, 2019.
3. Plaintiff **WILL NOT REQUEST** and this Court **SHALL NOT GRANT** any further extensions of time for Plaintiff to file its Opposition to the government's Motion filed in this case.

**IT IS SO ORDERED**.

Dated this  21st  day of October, 2019.

HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE