# UNITED STATES DISTRICT COURT

Northern District of California

WILLIAM A. ZIETZKE

Plaintiff(s),

V.

UNITED STATES OF AMERICA

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:19-cv-03761-HSG

Notice is hereby given that, subject to approval by the court, **WILLIAM A. ZIETZKE** substitutes (Party(s) Name)

**WILLIAM EDWARD TAGGART, Jr.**, State Bar No. **41134** as counsel of record in
(Name of New Attorney)

place of **JOSEPH P. WILSON & RICHARD G. STACK & JOHN M. McWILLIAMS**.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: William E. Taggart, Jr., APC
Address: 300 Frank H. Ogawa Plaza, Suite 370, Oakland, CA 94612
Telephone: (510) 893-9999     Facsimile (510) 893-9980
E-Mail (Optional): wetaggart@wtjrlaw.com

I consent to the above substitution.
Date: 10/30/2019
(Signature of Party(s))

I consent to being substituted.
Date: 10/30/2019
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 10/30/2019
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 11/1/2019
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]