UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ZIETZKE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 19-cv-03761-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING MOTION FOR SUMMARY DENIAL OF PETITION TO QUASH AND FOR ENFORCEMENT OF IRS SUMMONS**<br><br>Re: Dkt. Nos. 10, 32, 33, 34 |

　　　　The Court has reviewed Magistrate Judge Kim's Report and Recommendation (Dkt. Nos. 32, 33) on the Motion for Summary Denial of Petition to Quash and for Enforcement of IRS Summons. Dkt. No. 10. The Court has also reviewed Plaintiff's motion for de novo determination (Dkt. No. 34), which the Court construes as an objection to Magistrate Judge Kim's Report and Recommendation, and the Government's corresponding Response (Dkt. No. 37). The Court finds the Report and Recommendation correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

　　　　**IT IS HEREBY ORDERED** that the Government's motion to enforce a summons and for a summary denial of the petition to quash (Dkt. No. 10) is **GRANTED**, conditioned on the Government filing the foregoing modifications. The Government shall file a proposed amended summons within 4 days which clarifies the definition of user profile information to exclude passwords, security settings and account recovery information, and which limits the time-frame of its requests to Plaintiff's transaction in 2016 and to determining the tax implications of those 2016 transactions.

This order terminates Docket No. 34.

**IT IS SO ORDERED.**

Dated: 11/10/2020

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge