CORY L. JOHNSON
JASON A. HARN
Colvin + Hallett, P.S.
719 Second Ave., Suite 1450
Seattle, WA 98104
T: (206) 223-0800
F: (206) 467-8170
E: cjohnson@colvinhallettlaw.com
   jharn@colvinhallettlaw.com
*Pro Hac Vice*

WILLIAM E. TAGGART, JR.
300 Frank H. Ogawa Plaza, Suite 370
Oakland, CA 94612
T: (510) 893-9999
F: (510) 893-9980
E: wetaggart@wtjrlaw.com

*Attorneys for Petitioner*

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| WILLIAM A. ZIETZKE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Respondent. | Case No. 4:19-cv-03761-HSG<br><br>ORDER GRANTING PETITIONER'S MOTION TO EXTEND THE TIME TO OPPOSE TO RESPONDENT'S PROPOSED AMENDED SUMMONS |

The Court, having considered the matter on the papers and for good cause shown, hereby GRANTS Petitioner's Motion and extends for an additional 30 days Petitioner's time to file an opposition to Respondent's proposed revised Attachment to Form 2039 Summons.

Dated this 19th day of January, 2021.

*/s/ Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

Order Granting Mot. to Extend Time
Case No. 4:19-cv-03761-HSG

1